R. P. AND J. H. STAATS (A CORPORATION), Respondent,
v. THE CITY OF NEW YORK, Appellant.

*Staats* v. *City of New York*, 149 App. Div. 946, affirmed.
(Argued March 20, 1913; decided April 4, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 11, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict directed by the court in
an action to recover money alleged to be due under a
contract for public work.

*Archibald R. Watson, Corporation Counsel* (*Terence
Farley* of counsel), for appellant.

*Jeremiah T. Mahoney* and *Vincent L. Leibell* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK
and COLLIN, JJ. Not voting: CUDDEBACK, J. Not
sitting: MILLER, J.